MINUTE ENTRY
MORGAN, J.
NOVEMBER 28, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-193 |
| TORIN JENKINS | SECTION "E" |

JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, NOVEMBER 28, 2023 (1:14 p.m. – 1:31 p.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:     Alexis Vice

APPEARANCES:     Inga C. Petrovich for the Government
                 Valerie W. Jusselin for the Defendant

**REARRAIGNMENT**

The defendant was present with his counsel and placed under oath.

After questioning the defendant and his counsel, the Court found that the defendant is competent to enter into these proceedings.

The defendant withdrew his former plea of not guilty and pleaded guilty to Count One of the Indictment (R. Doc. 11).

The Court advised the defendant of the elements of the charge to which he was pleading guilty, and of the maximum penalties.

The Court confirmed with the defendant that the sentencing guidelines applicable to his case were explained to him by his counsel, and that he understood they were advisory and not binding on the Court.

There is no written plea agreement in this case.

The factual basis detailing the evidence supporting the defendant's charges were submitted by the Government and admitted into the record.

The Court accepted the defendant's plea and adjudged him guilty on his plea of guilty. A pre-sentence report was ordered, and the sentencing was set for **2:00 p.m.** on **March 12, 2024.**

The initial interview with the probation officer shall be conducted within two weeks of this proceeding.

The defendant was remanded to the custody of the U.S. Marshal.

The pretrial conference and trial in this matter are cancelled.

JS-10:  00:17