UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-193 |
| TORIN JENKINS | SECTION: "E" |

NOTICE OF SENTENCING

PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING

Take notice that this criminal case has been set for **Sentencing** on **March 12, 2024,** at **2:00 p.m.** before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: December 1, 2023

CAROL L. MICHEL, CLERK

by: Brad Newell, Deputy Clerk

TO:

Torin Jenkins (**DETAINED**)

AUSA: Inga C. Petrovich, T.A.

**COUNSEL FOR TORIN JENKINS:**
Valerie W. Jusselin, FPD

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **NONE**

**If you change address, notify clerk of court by phone, 504-589-7714**